IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| COREY SPENCER FORD, # 55248-066, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:09-CV-1128-ID |
| | ) | |
| JAMES PRESTON, | ) | (WO) |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 2), entered on December 16, 2009, is ADOPTED; and

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 12th day of January, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE